UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT JONES,

                     Petitioner,

   -against-

EISENSCHMIDT, SUPERINTENDENT,

                     Respondent.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 1438 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 17 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 15, 2004, dismissing the petition for lack of merit as well as on procedural grounds; and denying a Certificate of Appealability since no basis for a claim of a violation of any constitutional right has been shown; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition is dismissed for lack of merit as well as on procedural grounds; and that a Certificate of Appealability is denied since no basis for a claim of a violation of any constitutional right has been shown.

Dated: Brooklyn, New York
       October 14, 2005

                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court